UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BENJAMIN NORTH,** | ) |
| Plaintiff, | ) Case No. LA CV 14-00847-VBF-AJW |
| v. | ) **FINAL JUDGMENT** |
| **LINDA PERSONS** in her official and individual capacities, and **STIRLING PRICE** in his official capacity, | ) |
| Defendants. | ) |

Pursuant to this Court's Contemporaneously issued Order Converting the Dismissal of this Action from Without Prejudice to With Prejudice as to both Defendants, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of both defendants in both their individual and official capacities and against plaintiff Benjamin North.**

Dated: Tuesday, August 2, 2016

*Valerie Baker Fairbank*

_____
Valerie Baker Fairbank
Senior United States District Judge